UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 22-10014-SMG |
| | Chapter 13 |
| LORENZO A. ALLEN | |
| Debtor<br>_____/ | |
| LORENZO A. ALLEN | Adversary Proceeding |
| Plaintiff | Case No: 23-01179-SMG |
| v. | |
| THE BANK OF NEW YORK F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATES, SERIES 2003-AHL1, et. al.<br>_____/ | |

### *Ex-Parte Motion for Extension of Time to Respond to Complaint*

Defendants, the Bank of New York f/k/a the Bank of New York as Successor to JP Morgan Chase Bank, N.A,, as Trustee for Asset Backed Funding Corporation Asset Backed Certificates, Series 2003-AHL1 ("BoNY"), Peter Hernandez ("Hernandez") and Hinshaw & Culbertson ("Hinshaw," collectively with BoNY and Hernandez, the "Defendants") pursuant to Bankr. R. P. 9006(b) hereby moves for an extension of time to respond to the Complaint [ECF 1] and in support thereof states as follows:

1. Counsel for the Defendants only recently became aware of this matter and where retention was required, was only recently retained.

2. Counsel and the Defendants are presently investigating whether the Complaint was properly served in this matter pursuant to Bankr. R. P. 7004 as it does not appear it was.

3. Therefore, the Defendants request additional time to complete their analysis regarding service of process and prepare a response to the Complaint which addresses the improper service of process as well as any other defenses to which the Defendants might be entitled.

4. The Defendants response is due Monday, October 16, 2023.

5. By filing this Motion, the Defendants expressly reserve all arguments pursuant to Federal Rule of Civil Procedure 12(b)(1), (b)(2), (b)(5) and (b)(6), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7012.

6. The Defendants respectfully request a brief extension of time through and including Friday, November 3, 2023.

7. The Defendants have not conferred with the Plaintiff as he is proceeding *pro se*.

8. A proposed order is attached hereto as Exhibit "A."

WHEREFORE, the Bank of New York f/k/a the Bank of New York as Successor to JP Morgan Chase Bank, N.A,, as Trustee for Asset Backed Funding Corporation Asset Backed Certificates, Series 2003-AHL1, Peter Hernandez and Hinshaw & Culbertson respectfully requests an extension of time through an including November 3, 2023.

    Respectfully Submitted,

    */s/ Siobhan E. P. Grant*
    Siobhan E. P. Grant
    Florida Bar No.: 68892
    sgrant@hinshawlaw.com
    HINSHAW & CULBERTSON LLP
    2525 Ponce de Leon, 4th Floor

Coral Gables, FL 33134
Tel: (305) 428-5118
*Attorneys for Bank of New York Mellon f/k/a the Bank of New York as Successor to JP Morgan Chase Bank, N.A., as Trustee for Asset Backed Funding Corporation Asset-Backed Certificates, Series 2003-AHL1*

## Certificate of Service

I HEREBY certify that on October 10, 2023, I served the foregoing Motion in the manner specified below to the particular parties:

**Via US Mail**
Lorenzo A. Allen
6207 NW 66th Way
Parkland, Florida 33067

**Via CM/ECF**
Robin Weiner
Chapter 13 Trustee
PO Box 559007
Ft. Lauderdale, FL 33355

**Via CM/ECF**
Chad Van Horn
500 NE 4th Street #200
Ft. Lauderdale, FL 33301

**Via CM/ECF**
Office of US Trustee
51 SW 1st Avenue
Suite 1204
Miami, FL 33130

By: */s/ Siobhan E. P. Grant*
Siobhan E. P. Grant

3