

ORDERED in the Southern District of Florida on October 13, 2023.

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 22-10014-SMG |
|     LORENZO A. ALLEN | Chapter 13 |
| Debtor | |
| _____/ | |
| | |
| LORENZO A. ALLEN | Adversary Proceeding |
| Plaintiff | Case No: 23-01179-SMG |
| v. | |
| THE BANK OF NEW YORK F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATES, SERIES 2003-AHL1, et. al. | |
| _____/ | |

**ORDER GRANTING EX-PARTE MOTION FOR EXTENSION OF TIME TO
<u>RESPOND TO COMPLAINT</u>**

THIS CAUSE having come before the Court on the Defendants' *Ex-Parte* Motion for Extension of Time to Respond to Complaint (the "Motion for Extension of Time") [ECF 7]

ORDERED AND ADJUDGED THAT:

1. The Motion for Extension of Time [ECF 7] is GRANTED.

2. The Defendants shall have through and including November 3, 2023 to respond to the Complaint [ECF 1].

###

Submitted By:
Siobhan E. P. Grant, Esq.
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL 33134

*Attorney Grant is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.*