

**ORDERED in the Southern District of Florida on November 7, 2023.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| Lorenzo Andrew Allen,<br>    Debtor.<br>_____/ | Case No. 22-10014-SMG |
| Lorenzo Andrew Allen,<br>    Plaintiff, | Adv. No. 23-1179-SMG |
| v. | |
| The Bank of New York,<br>Hineshaw & Culbertson, and<br>Peter Hernandez, Esq.<br>    Defendants.<br>_____/ | |

**ORDER SETTING BRIEFING SCHEDULE
ON MOTION TO DISMISS; SETTING HEARING ON MOTION
TO DISMISS; AND CONTINUING SCHEDULING CONFERENCE**

1

This matter came before the Court for hearing at the scheduling conference on November 7, 2023.[1] At the hearing, the Court addressed the Motion to Dismiss[2] filed by the Defendants on November 3, 2023. For the reasons stated on the record at the hearing, it is **ORDERED** that:

1. On or before **November 27, 2023**, Plaintiff Lorenzo Andrew Allen may file a response in opposition to the Motion to Dismiss.

2. If the Plaintiff timely files a response, the Defendants may file a reply on or before **December 11, 2023.**

3. The Court will conduct a hearing on the Motion to Dismiss on **December 19, 2023, at 1:30 p.m.** at the U.S. Courthouse, 299 E Broward Blvd #308, Fort Lauderdale, Florida 33301.

4. The scheduling conference in this adversary proceeding is **CONTINUED** to **January 16, 2024, at 9:30 a.m.** at the U.S. Courthouse, 299 E Broward Blvd #308, Fort Lauderdale, Florida 33301.

# # #

Copies furnished to all interested parties by CM/ECF.

---

[1] ECF No. 3.
[2] ECF No. 11.

2