**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 22-10014-SMG |
| | Chapter 13 |
| LORENZO A. ALLEN | |
| Debtor | |
| _____/ | |
| LORENZO A. ALLEN | Adversary Proceeding |
| | Case No: 23-01179-SMG |
| Plaintiff | |
| v. | |
| THE BANK OF NEW YORK F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATES, SERIES 2003-AHL1, et. al. | |
| _____/ | |

**DEFENDANTS' SUPPLEMENTAL RESPONSE**

Defendants, THE BANK OF NEW YORK F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATES, SERIES 2003-AHL1 ("BoNY"), PETER HERNANDEZ ("Attorney Hernandez") and HINSHAW & CULBERTSON LLP ("Hinshaw," collectively with BoNY and Attorney Hernandez, the "Defendants") file this supplemental response pursuant to the Court's Order Setting Briefing Schedule on Motion to Dismiss; Setting Hearing on Motion to Dismiss, and Continuing Scheduling Conference (the "Briefing Order") [ECF 12] and state as follows:

On November 3, 2023, the Defendants filed their Motion to Dismiss wherein they argued that even if the Complaint were properly served (which it was not), the Complaint failed to state a cause of action because (1) the automatic stay was not in place and therefore the Defendants could not have violated it; (2) the volume of correspondence did not reach the level of harassment; (3) Lorenzo A. Allen (the "Debtor") initiated the communications and therefore, no violation of the Florida Consumer Collections Practices Act (the "FCCPA") could exist; and (4) Florida's litigation privileged precluded the entry of a judgment. *See* ECF 11 at pp. 10-17. More specifically, the Defendants noted that any correspondence between them and the Debtor was solely in response to attempts to addresses concerns that the Debtor had. *See id*.

On November 7, 2023, the Court held a Scheduling Conference and the Debtor did not attend. The Court entered the Briefing Order wherein the Court directed the Debtor to respond to the Motion to Dismiss by November 27, 2023. *See* ECF 12 at ¶1. The Debtor has failed to respond or otherwise address the issues raised by the Defendants in the Motion to Dismiss. The Debtor had also filed a Motion for Contempt and Sanctions due to Willful Violation of the Automatic Stay (the "Motion for Sanctions") in his main bankruptcy proceeding. *See* Case No.: 22-10014-SMG at ECF 104. The Motion for Sanctions was also to have been called for hearing at the same time as the Motion to Dismiss but the Debtor has since withdrawn the Motion for Sanctions. *See id* at ECF 110.

At this time, the Court should deem the Motion to Dismiss fully-briefed and unopposed and grant dismissal in the Defendants' favor without the need for hearing on December 19, 2023.

## **Conclusion**

As the Complaint in this matter clearly demonstrates that it fails to state a cause of action under any theory of relief the Complaint should be dismissed and the hearing scheduled for

70275\315489098.v1

December 19, 2023 cancelled as no further argument is required.

WHEREFORE, Defendants THE BANK OF NEW YORK F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATES, SERIES 2003-AHL1, PETER HERNANDEZ and HINSHAW & CULBERTSON LLP respectfully request the Court dismiss this action and grant such other relief as the Court deems just and proper.

Respectfully Submitted,

*/s/ Siobhan E. P. Grant*
Siobhan E. P. Grant
Florida Bar No.: 68892
sgrant@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon, 4th Floor
Coral Gables, FL 33134
Tel: (305) 428-5118
*Attorneys for Defendants*

## Certificate of Service

I HEREBY certify that on December 7, 2023, I served the foregoing Motion in the manner specified below to the particular parties:

*Via CM/ECF*
Robin R. Weiner,
Post Office Box 559007
Fort Lauderdale, FL 33355
*Chapter 13 Trustee*

*Via CM/ECF*
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
*U.S. Trustee*

*Via US Mail & Email*
Lorenzo Andrew Allen
6207 NW 66th Way
Parkland, FL 33067
Poboy62@aol.com

By: */s/ Siobhan E. P. Grant*
Siobhan E. P. Grant

70275\315489098.v1