**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re ) | Case No.: **22-10014-SMG** |
| LORENZO ANDREW ALLEN, ) | |
|     Debtor ) | Chapter 13 |
| ) | |
| LORENZO A. ALLEN, ) | |
|     Plaintiff ) | Adversary No. 23-1179-SMG |
| ) | |
| Vs. ) | |
| ) | |
| THE BANK OF NEW YORK ) | |
| F/K/A/ THE BANK OF NEW AS ) | |
| SUCCESSOR TO JPMORGAN ) | |
| CHASE BANK, N.A., AS TRUS- ) | |
| TEE FPR ASSET BACKED ) | |
| FUNDING CORPORATION AS- ) | |
| SET BACKED CERTIFICATES, ) | |
| SERIES 2003-AHL1; HINSHAW ) | |
| & CULBERTSON; and PETER ) | |
| HERNANDEZ, Esq. ) | |

**PLAINTIFF'S MOTION FOR EXTENSION TIME TO FILE AN OUT OF TIME RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**LORENZO ALLEN** ("Plaintiff"), pursuant Federal Bankruptcy Rules of Civil Procedure and Local Rules of the U.S. Bankruptcy Southern District of Florida, hereby respectfully moves this court for an extension of time to respond to Defendant's Motion to Dismiss Plaintiff's Complaint, and in support thereof would state as follows:

1. On September 15, 2023, I, the Plaintiff Lorenzo Allen filed this *pro se* Complaint against Defendant BB&T, in which I alleged violations of the Florida Consumer Collection Practices Act ("FCCPA"), Fla. Stat. § 559.55 et seq.

1

2. On November 7, 2023, the Court enter an order setting forth the briefing schedule and setting a December 19, 2023 hearing on Defendant's motion to dismiss (the "Scheduling Order"). Relevant here, the Scheduling Order set a November 27, 2023 deadline for me to file a response to Defendant's motion to dismiss.

3. Due to a large number of family members visiting and occupying by home at the time, I did not receive a copy of the November 7, 2023 Scheduling Order or may have inadvertently over—looked the mailed order, because my Post-traumatic stress disorder (100 % disabled veteran), was being triggered at that time.

4. Nevertheless, it was not until yesterday, December 13, 2023 before I learned of, and reviewed a copy of the November 7, 2023 order.

5. On December 14, 2023, 2019, I sent an email to Defendant's counsel to determine whether he opposes this instant motion for an extension of time. On December 14, 2023 responded to my email by opposing this instant motion for an extension of time.

6. Therefore, I am hereby respectfully requesting an additional three (3) days, until **December 18, 2023,** for me to respond to Defendant's motion to dismiss my Complaint. This motion is not filed for delay purposes, and the granting of same would not prejudice any party to this matter.

**WHEREFORE**, I, the Plaintiff, Lorenzo Allen respectfully move this Court to enter an order granting this motion for extension of time and allowing me until **December 18, 2023** to file a response to Defendant's Motion to Dismiss.

Respectfully submitted,

_____

*Lorenzo A. Allen* 12/14/23

Lorenzo A. Allen
6207 NW 66th Way
Parkland, Florida 33067

3