

**ORDERED in the Southern District of Florida on December 20, 2023.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Lorenzo Andrew Allen, | Case No. 22-10014-SMG |
| Debtor._____/ | |
| Lorenzo Andrew Allen,<br>   Plaintiff, | Adv. No. 23-1179-SMG |
| v. | |
| The Bank of New York F/K/A The Bank of New York as Successor to JP Morgan Chase Bank, N.A., as Trustee for Asset Backed Funding Corporation Asset Backed Certificates, Series 2003-AHL1, Hineshaw & Culbertson, Peter Hernandez, Esq.<br>   Defendants._____/ | |

**ORDER GRANTING MOTION TO DISMISS, SETTING
DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT,
AND CONTINUING SCHEDULING CONFERENCE TO FEBRUARY 6, 2024**

This matter came before the Court for hearing on December 19, 2023, upon the *Motion to Dismiss Adversary Proceeding*[1] filed by the Defendants. For the reasons stated on the record at the hearing, it is hereby **ORDERED** that:

1. The Motion to Dismiss is **GRANTED**.

2. The Complaint[2] is **DISMISSED WITHOUT PREJUDICE**.

3. **By no later than January 9, 2024**, Plaintiff Lorenzo Andrew Allen may file an amended complaint.

4. If the Plaintiff choses to file an amended complaint, the Plaintiff must also request an alias summons **by no later than January 9, 2024**.

5. Upon issuance of the alias summons, the Plaintiff must serve the alias summons, together with the amended complaint, on the Defendants in accordance with the Federal Rules of Bankruptcy Procedure and file a certificate of service with the Court.

6. If the Plaintiff files an amended complaint and properly serves it together with an alias summons on the Defendants, then the Court will conduct a scheduling conference in this adversary proceeding on **February 6, 2024, at 9:30 a.m.** at the U.S. Courthouse, 299 E Broward Blvd Courtroom # 308, Fort Lauderdale, Florida 33301.

7. If the Plaintiff does not timely comply with paragraphs 3, 4, and 5 of this Order, then upon expiration of the time for compliance, this adversary proceeding

---

[1] ECF No. 11.
[2] ECF No.1.

2

will be closed without further notice, hearing, or order and the February 6, 2024 hearing will be canceled.

### 

Copies furnished to all interested parties by CM/ECF.