

**ORDERED in the Southern District of Florida on December 20, 2023.**

_Scott M. Grossman_
_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                        Chapter 7

Lorenzo Andrew Allen,                         Case No. 22-10014-SMG

      Debtor.
_____/

Lorenzo Andrew Allen,                         Adv. No. 23-1179-SMG
      Plaintiff,

v.

The Bank of New York F/K/A The
Bank of New York as Successor to
JP Morgan Chase Bank, N.A., as
Trustee for Asset Backed Funding
Corporation Asset Backed Certificates,
Series 2003-AHL1, Hineshaw &
Culbertson, Peter Hernandez, Esq.
      Defendants.
_____/

**<u>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME</u>**

This matter came before the Court for hearing on December 19, 2023, upon the Motion for Extension of Time[1] filed pro se by Plaintiff Lorenzo Andrew Allen. For the reasons stated on the record at the hearing, the Motion is **DENIED**.

### #

Copies furnished to all interested parties by CM/ECF

---

[1] ECF No. 15.