United States Bankruptcy Court
Southern District of Florida

Allen,
    Plaintiff

The Bank of New York,
    Defendant

Adv. Proc. No. 23-01179-SMG

# CERTIFICATE OF NOTICE

District/off: 113C-0     User: admin     Page 1 of 2
Date Rcvd: Dec 20, 2023     Form ID: pdf005     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Lorenzo Andrew Allen, 6207 NW 66th Way, Parkland, FL 33067-1311 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Dec 20 2023 22:59:00 | Guy Van Baalen, DOJ-Ust, 501 E. Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Dec 20 2023 22:58:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Dec 20 2023 22:59:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2023 22:59:00 | U.S. Trustee., US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100, Newark, NJ 07102-5235 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Dec 20 2023 22:58:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Dec 20 2023 22:58:00 | United States Trustee (cabrera), Office of the United States Trustee, 75 Ted Turner Dr., Suite 362, Atlanta, GA 30303-3330 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 20 2023 22:58:00 | United States Trustee (davis), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 20 2023 22:58:00 | United States Trustee - (ennever), Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Dec 20 2023 22:59:00 | United States Trustee - FTM7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 20 2023 22:58:00 | United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 20 2023 22:58:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Dec 20 2023 22:58:00 | United States Trustee - ORL7/13, Office of the |

| District/off: 113C-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: pdf005 | Total Noticed: 14 |

| | | | | |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | | United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| | | | Dec 20 2023 22:59:00 | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| ust | *+ | United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Siobhan E Grant | on behalf of Defendant The Bank of New York sgrant@hinshawlaw.com lleon@hinshawlaw.com;kcongdon@hinshawlaw.com;MIADocket@hinshawlaw.com |
| Siobhan E Grant | on behalf of Defendant Hineshaw & Culbertson sgrant@hinshawlaw.com lleon@hinshawlaw.com;kcongdon@hinshawlaw.com;MIADocket@hinshawlaw.com |
| Siobhan E Grant | on behalf of Defendant Peter Hernandez  Esq. sgrant@hinshawlaw.com, lleon@hinshawlaw.com;kcongdon@hinshawlaw.com;MIADocket@hinshawlaw.com |

TOTAL: 3



**ORDERED in the Southern District of Florida on December 20, 2023.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Lorenzo Andrew Allen, | Case No. 22-10014-SMG |
| Debtor. _____/ | |
| Lorenzo Andrew Allen, Plaintiff, | Adv. No. 23-1179-SMG |
| v. | |
| The Bank of New York F/K/A The Bank of New York as Successor to JP Morgan Chase Bank, N.A., as Trustee for Asset Backed Funding Corporation Asset Backed Certificates, Series 2003-AHL1, Hineshaw & Culbertson, Peter Hernandez, Esq. Defendants. _____/ | |

**ORDER GRANTING MOTION TO DISMISS, SETTING
DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT,
AND CONTINUING SCHEDULING CONFERENCE TO FEBRUARY 6, 2024**

This matter came before the Court for hearing on December 19, 2023, upon the *Motion to Dismiss Adversary Proceeding*[1] filed by the Defendants. For the reasons stated on the record at the hearing, it is hereby **ORDERED** that:

1. The Motion to Dismiss is **GRANTED**.

2. The Complaint[2] is **DISMISSED WITHOUT PREJUDICE**.

3. **By no later than January 9, 2024**, Plaintiff Lorenzo Andrew Allen may file an amended complaint.

4. If the Plaintiff choses to file an amended complaint, the Plaintiff must also request an alias summons **by no later than January 9, 2024**.

5. Upon issuance of the alias summons, the Plaintiff must serve the alias summons, together with the amended complaint, on the Defendants in accordance with the Federal Rules of Bankruptcy Procedure and file a certificate of service with the Court.

6. If the Plaintiff files an amended complaint and properly serves it together with an alias summons on the Defendants, then the Court will conduct a scheduling conference in this adversary proceeding on **February 6, 2024, at 9:30 a.m.** at the U.S. Courthouse, 299 E Broward Blvd Courtroom # 308, Fort Lauderdale, Florida 33301.

7. If the Plaintiff does not timely comply with paragraphs 3, 4, and 5 of this Order, then upon expiration of the time for compliance, this adversary proceeding

---

[1] ECF No. 11.
[2] ECF No.1.

will be closed without further notice, hearing, or order and the February 6, 2024 hearing will be canceled.

###

Copies furnished to all interested parties by CM/ECF.